# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-23444-CMB |
| | ) | |
| Joseph M. Wernert | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: 10 |
| Joseph M. Wernert | ) | |
|     Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour | ) | |
|     Respondent | ) | |

## ORDER

Counsel's Motion Requesting an Extension of Time to file a completed Chapter 13 Petition is **GRANTED**.

It is hereby **ORDERED, ADJUDGED**, and **DECREED** that the time for filing the completed Chapter 13 Petition is extended to September 25, 2017.

Dated: __September 12__, 2017

                                                            The Honorable Carlota M. Bohm**dmr**
                                                         United States Bankruptcy Judge

FILED
9/12/17 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 17-23444-CMB
Joseph M. Wernert                                               Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy              Page 1 of 1        Date Rcvd: Sep 12, 2017
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
db             +Joseph M. Wernert,    465 Linnwood Road,    Eighty Four, PA 15330-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Joseph M. Wernert areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James    Warmbrodt    on behalf of Creditor    U.S. BANK N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO
               BANK OF AMERICA, N.A. ASTRUSTEE SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR
               WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 5