Case 17-23444-CMB    Doc 25    Filed 10/12/17    Entered 10/13/17 01:09:35    Desc Imaged
Certificate of Notice    Page 1 of 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-23444-CMB |
| | ) | |
| Joseph M. Wernert | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.:  22 |
| Joseph M. Wernert | ) | |
|     Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour | ) | |
|     Respondent | ) | |

**ORDER**

Counsel's Motion Requesting an Extension of Time to file a completed Chapter 13 Petition is **GRANTED**.

It is hereby **ORDERED, ADJUDGED**, and **DECREED** that the time for filing the completed Chapter 13 Petition is extended to October 13, 2017.

Dated: ___October 10___, 2017

The Honorable Carlota M. Bohm    **dmr**
United States Bankruptcy Judge

FILED
10/10/17 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-23444-CMB
Joseph M. Wernert                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut          Page 1 of 1          Date Rcvd: Oct 10, 2017
                            Form ID: pdf900     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
db            +Joseph M. Wernert,    465 Linnwood Road,    Eighty Four, PA 15330-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
          Albert G. Reese, Jr.    on behalf of Debtor Joseph M. Wernert areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          James  Warmbrodt    on behalf of Creditor    U.S. BANK N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO
           BANK OF AMERICA, N.A. ASTRUSTEE SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR
           WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                    TOTAL: 6