**Form 224**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joseph M. Wernert**
Debtor(s)

Bankruptcy Case No.: 17−23444−CMB

Chapter: 13
Docket No.: 26 − 1, 23

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **August 28, 2017** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **October 13, 2017** and failure to meet that deadline would result in the dismissal of the case.

As of **October 17, 2017,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: October 17, 2017

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-23444-CMB
Joseph M. Wernert                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy              Page 1 of 2             Date Rcvd: Oct 17, 2017
                               Form ID: 224            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
```
db            +Joseph M. Wernert,    465 Linnwood Road,    Eighty Four, PA 15330-2908
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14683467      +Aas Debt Recovery In,    Pob 129,    Monroeville, PA 15146-0129
14683470      +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
               Saint Louis, MO 63179-0040
14683471       Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
14683473      +First National Bank,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14683475      +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
               Akron, OH 44309-1799
14683476      +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
14683478      +Northwest Consumer Dis,    61 W Pike St,    Canonsburg, PA 15317-1313
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14683468      +EDI: AMEREXPR.COM Oct 18 2017 01:08:00      Amex,    Correspondence,    Po Box 981540,
               El Paso, TX 79998-1540
14683469      +EDI: CAPITALONE.COM Oct 18 2017 01:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
               Salt Lake City, UT 84130-0253
14683472      +EDI: CREDPROT.COM Oct 18 2017 01:08:00      Credit Protection Assoc,    Po Box 802068,
               Dallas, TX 75380-2068
14683474      +E-mail/Text: processing@keybridgemed.com Oct 18 2017 01:14:19      KeyBridge Medical Revenue,
               Attn: Bankruptcy,    Po Box 1568,    Lima, OH 45802-1568
14683477      +E-mail/Text: Bankruptcies@nragroup.com Oct 18 2017 01:14:34      National Recovery Agency,
               2491 Paxton St,    Harrisburg, PA 17111-1036
14683479      +Fax: 407-737-5634 Oct 18 2017 01:39:22      Ocwen,    Attn: Research Dept,
               1661 Worthington Rd Ste 100,    West Palm Beach, FL 33409-6493
14683480      +Fax: 407-737-5634 Oct 18 2017 01:39:22      Ocwen Loan Servicing,    Attn: Research Dept,
               1661 Worthington R Ste 100,    West Palm Beach, FL 33409-6493
14683481      +Fax: 407-737-5634 Oct 18 2017 01:39:22      Ocwen Loan Servicing, Llc,
               Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
14683482      +E-mail/Text: bkdepartment@rtresolutions.com Oct 18 2017 01:14:09      Real Time Resolutions,
               Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
14683483      +EDI: RMSC.COM Oct 18 2017 01:08:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
               Po Box 956060,    Orlando, FL 32896-0001
14683484      +EDI: RMSC.COM Oct 18 2017 01:08:00      Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
14683485       EDI: TFSR.COM Oct 18 2017 01:08:00      Toyota Motor credit Corp,    Po Box 8026,
               Cedar Rapids, IA 52408
14689046      +E-mail/Text: bankruptcy@huntington.com Oct 18 2017 01:13:55      The Huntington National Bank,
               PO Box 89424,    Cleveland, OH 44101-6424
14683486      +E-mail/Text: bankruptcydepartment@tsico.com Oct 18 2017 01:14:24      Transworld Sys Inc/51,
               Po Box 15618,    Wilmington, DE 19850-5618
14683487      +EDI: WFFC.COM Oct 18 2017 01:08:00      Wells Fargo Hm Mortgag,    Po Box 10335,
               Des Moines, IA 50306-0335
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             U.S. BANK N.A., AS TRUSTEE, SUCCESSOR IN INTEREST
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: culy                Page 2 of 2              Date Rcvd: Oct 17, 2017
                                  Form ID: 224              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Joseph M. Wernert areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James Warmbrodt     on behalf of Creditor     U.S. BANK N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO
               BANK OF AMERICA, N.A. ASTRUSTEE SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR
               WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6
```